**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANDY KING,

                Plaintiff,

    -against-                        20 **CIVIL** 8283 (PAC)

                                              **JUDGMENT**
THE CITY OF NEW YORK and the NEW YORK
  CITY COUNCIL,

                Defendants.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 5, 2021, on December 7, the Plaintiff was directed to show cause by December 17, 2020, why the Defendant's motion to dismiss should be deemed unopposed. Plaintiff has not responded. Accordingly, the motion to dismiss is deemed unopposed. Since it is unopposed it is granted.

**Dated:**  New York, New York
           January 5, 2021

                                                                 **RUBY J. KRAJICK**
                                                                  _____
                                                                  **Clerk of Court**
                                             **BY:**
                                                                   **Deputy Clerk**