LAW OFFICE OF
## NATHANIEL B. SMITH
ATTORNEY AT LAW
225 BROADWAY-SUITE 1901
NEW YORK, NEW YORK 10007

NATHANIEL B. SMITH
natbsmith@gmail.com

TEL: 212-227-7062
FAX: 212-656-1090

May 20, 2021

Honorable Paul A. Crotty
United States District Court
Southern District of New York - Chambers 1350
500 Pearl Street
New York, NY 10007

*King v. City of New York, et al.,*
*20-cv-8283 (PAC)*

Dear Judge Crotty:

As counsel for the plaintiff I am writing to request two additional weeks in which to file opposition to the defendants' motion to dismiss. The opposition papers are currently due on March 31, 2021. Today, the Court ruled (Dkt. # 61) that my request for three additional weeks to June 21st was too long a request. Accordingly, I am respectfully requesting that the Court permit the plaintiff an additional two weeks to June 14th, or in the alternative, an additional ten days to June 10, 2021 in which to file opposition papers for the reasons noted in my prior request. (Dkt. # 59).

Respectfully submitted,

Nathaniel B. Smith

Via ECF