UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ANDY KING,

                      Plaintiff,                    20 **CIVIL** 8283 (PAC)

            -against-                       **JUDGMENT**

THE CITY OF NEW YORK, THE NEW YORK
CITY COUNCIL, COREY JONSON, STEVEN
MATEO, MARGARET S. CHIN, KAREN
KOSLOWITZ, VANESSA L. GIBSON, STEPHEN
T. LEVIN, JIMMY VAN BRAMER, and JOHN
and/or JANE DOE,

                    Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 13, 2022, Defendants' motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York
            January 18, 2022

                                                               **RUBY J. KRAJICK**
                                                                   Clerk of Court
                                          **BY:**
                                                                       Deputy Clerk